IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| Douglas Neves, | : <br> : <br> : Civil Action No.: 2:16-cv-00068 <br> : |
| Plaintiff, | : |
| v. | : <br> : |
| Capital Accounts, LLC; and DOES 1-10, inclusive, | : <br> : <br> : |
| Defendants. | : |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: December 16, 2016

    Respectfully submitted,

    By   */s/ Sergei Lemberg*

    Sergei Lemberg, Esq.
    LEMBERG LAW, L.L.C.
    43 Danbury Road
    Wilton, CT 06897
    Telephone: (203) 653-2250
    Facsimile:  (203) 653-3424

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 16, 2016, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Eastern District of Missouri Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                          By  */s/ Sergei Lemberg*
                                               Sergei Lemberg, Esq.